IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATIONWIDE BI-WEEKLY
ADMINISTRATION, INC., etc.,
:
       Plaintiff,
:
  vs.                             Case No.  3:04cv242
:
HOME MORTGAGE SERVICES, INC.,     JUDGE WALTER HERBERT RICE
et al.,
:
       Defendants.

---

DECISION AND ENTRY SUSTAINING DEFENDANTS' MOTION FOR
OMNIBUS PROTECTIVE ORDER (DOC. #44) IN THE FORM
REQUESTED BY DEFENDANTS; OPTION TO PLAINTIFFS;
PROTECTIVE ORDER IN FORM SUBMITTED BY DEFENDANTS TO BE
FILED FORTHWITH

---

      Based upon the reasoning and citations of authority set forth in the Memoranda of the Defendant, filed in support of their Motion for an Omnibus Protective Order (Doc. #44), as well as upon a thorough review of the suggested Protective Order attached to their Motion, this Court grants the Defendants' Motion for Protective Order in the manner and form as set forth in said attachment.

      Should the Plaintiffs' worst fears come to pass, i.e., that such a restrictive Protective Order hampers Plaintiffs' trial preparation, Plaintiffs' counsel should seek specific relief from said Protective Order from this Court, by citing specific

problems, rather than the generalizations as presently submitted.  Should the Plaintiffs request a reconsideration of said Protective Order, a telephone conference call between Court and counsel (or between a Magistrate Judge and counsel) will be convened forthwith.

This Court has caused to be filed, this date, the Protective Order attached to the Memorandum in Support of the Defendants' Motion for an Omnibus Protective Order (Doc. #44).

|  |  |
|---|---|
| September 27, 2005 | /s/ Walter Herbert Rice<br>WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

All Counsel of Record

WHR/slc